UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS,<br><br>CBS BROADCASTING INC.,<br><br>SERGIO GOMEZ,<br><br>DANIEL PACHECO,<br><br>**and** UNIVISION | Misc. Action No. _____<br><br>Related to:<br>Criminal No. 1:02-cr-388-ESH-2<br>Criminal No. 1:04-cr-388-ESH-3 |

### [PROPOSED] ORDER

This matter coming before the Court upon the Application of The Reporters Committee for Freedom of the Press, CBS Broadcasting Inc., Sergio Gomez, Daniel Pacheco, and Univision to Unseal Court Records in Criminal Matters Nos. 1:02-cr-388-ESH-2 and 1:02-cr-388-ESH-3 (the "Application"), it is hereby **ORDERED** as follows:

1. The Application is **GRANTED**.

2. The Clerk of the Court is hereby directed to enter all filings, orders, and other entries related to the criminal prosecutions of Mancuso and Sierra Ramirez, Criminal Nos. 1:02-cr-388-ESH-2 and 1:02-cr-388-ESH-3, on the public docket.

3. All court documents filed in connection with the prosecutions of Mancuso and Sierra Ramirez, Criminal Nos. 1:02-cr-388-ESH-2 and 1:02-cr-388-ESH-3, are hereby unsealed.

///

**SO ORDERED** this _____ day of _____, 2015.

                                                                                                                              _____
                                                                                                                              Ellen Segal Huvelle
                                                                                                                              United States District Judge