**UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA**

**IN RE:**

**THE REPORTERS COMMITTEE**   Criminal Case No. 15-mc-410-(ESH)
**FOR FREEDOM OF THE PRESS,**

**CBS BROADCASTING INC.,**    Related Case No. 1:02-cr-388(ESH)

 **ET.AL.**

  _____

## <u>NOTICE OF APPEARANCE OF DEFENSE COUNSEL</u>

   COMES NOW, the undersigned attorney and hereby files his appearance as counsel for interested party Salvatore Mancuso Gomez.

        Respectfully submitted,

        /s/ *Joaquin Perez*
        _____
        JOAQUIN PEREZ, ESQ.
        6780 Coral Way
        Miami, Florida 33155
        Tel: (305) 261-4000
        Fax: (305) 662-4067
        Fl. Bar No.: 746177

        Counsel for Salvatore Mancuso Gomez