**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br>**THE REPORTERS COMMITTEE**<br>**FOR FREEDOM OF THE PRESS, et al.** | Misc. No. 15-0410 (ESH)<br><br>Related Case: 02-cr-388-03 |

## ORDER

Juan Sierra Ramirez, standing as an interested party in the above captioned matter, filed a motion to file under seal the list of documents and proceedings to remain under seal on May 04, 2015 [ECF No. 12]. Upon consideration of the motion and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**; it is further **ORDERED** that redacted copies of the documents and proceedings for which Juan Sierra Ramirez proposed redactions shall be prepared and a motion for leave to file these redacted filings shall be filed by May 26, 2015.

**SO ORDERED**.

/s/  *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:  May 5, 2015